# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00039-CR

**Carl Wayne Bradberry, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TARRANT COUNTY, 371ST JUDICIAL DISTRICT
### NO. 0800191R, HONORABLE JAMES R. WILSON, JUDGE PRESIDING

Appellant Carl Wayne Bradberry pleaded guilty to driving while intoxicated, third offense. *See* Tex. Pen. Code Ann. '' 49.04(a), .09(b) (West Supp. 2002). The district court adjudged him guilty and assessed punishment at imprisonment for nine years and a $500 fine. The court suspended imposition of sentence and placed appellant on community supervision.

Appellant=s retained attorney moved to withdraw in a motion stating that in his opinion there were no meritorious grounds for appeal. Appellant consented to the motion, which was granted. Appellant was given time to employ substitute counsel but did not do so. We have examined the record and find no fundamental error or other matter that should be considered in the interest of justice.

The judgment of conviction is affirmed.

_____

Lee Yeakel, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Affirmed

Filed:   July 26, 2002

Do Not Publish

2